## MISSOURI, KANSAS & TEXAS RAILWAY COMPANY *v.* HOLLAN.

ERROR TO THE COURT OF CIVIL APPEALS FOR THE FIFTH SUPREME JUDICIAL DISTRICT OF THE STATE OF TEXAS.

No. 161. Motion to dismiss or affirm submitted March 14, 1910.— Decided March 21, 1910.

Writ of error to review a judgment of the state court in an action for personal injuries dismissed, without opinion, for want of jurisdiction.

*Mr. James Hagerman, Mr. J. M. Bryson,* and *Mr. Cecil H. Smith* for the plaintiff in error.

*Mr. C. B. Randell* and *Mr. Judson H. Wood* for the defendant in error.

*Per Curiam.* Dismissed for the want of jurisdiction.